UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30286 |
|---|---|
| KATHRYN S. LANCEN | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4100144**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 12/ 26 | CHARMING SHOPPES ARIZONA MAIL<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 22.41 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/23/2011

Certificate of Service 07-30286

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KATHRYN S. LANCEN
PO BOX 85
CORINTH, KY  41010

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(29.1n)
B LINE LLC
MS 550
BOX 91121
SEATTLE, WA  98111

(26.1)
CHARMING SHOPPES ARIZONA MAIL
% FIRST EXPRESS
BOX 856021
LOUISVILLE, KY  40285

(28.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(25.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX  75403

(27.1n)
WORLD FINANCIAL NETWORK NATL
% WEINSTEIN & RILEY PS
2101 FOURTH AVE SUITE 900
SEATTLE, WA  98121

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    sv